JOHN H. MILLER et al., respondents,

*v.*

WILLIAM F. HEADLEY et al., appellants.

[Decided January 5th, 1933.]

*Messrs. King & Vogt* and *Mr. Samuel C. Meyerson,* for the respondents.

*Mr. William F. Headley,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder, and reported in *109 N. J. Eq. 486.*

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 16.

*For reversal*—None.